WILLIAM ISAAC HOFF
RELATOR

VS

CASS COUNTY
COURT AT LAW
RESPONDANT

06-15-00176-CR

IN THE
6TH COURT OF
APPEALS

RECEIVED IN
The Court of Appeals
Sixth District

OCT 0 7 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

OCT 0 7 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## PLAINTIFFS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT :

Comes now William Isaac Hoff, Relator PRO-SE in the above-styled and numbered cause of action, and files this original application for writ of mandamus, and would show the court the following;

1.01 : WILLIAM ISAAC HOFF, TDCJ NO. 1908187, is an offender incarcerated in the Texas Department of Criminal Justice, and is appearing PRO-SE, who can be located at The Garza East Unit, 4304 Highway 202, Beeville Texas 78102.

1.02 : Relator has exhausted his remedys and has no other adequate remedy at law.

1.03 : The act sought to be compelled is ministerial, not discretionary in nature ;
A) The time peroids set forth by V.A.C.C.P. Articles 12.02 and 32.01 have expired;
B) The Judge of the named court has a ministerial

PAGE 1 of 4    PLUS 9 Attachments

duty to respond to Relators motion to dismiss in a timely manner.

2.01: Respondent BECKY WILLBANKS, Judge of the CASS County Court in Her capacity as Presiding Judge of the Cass County Court of Law has a ministerial duty to respond and grant Relators motion, and Respondent may be served at her place of business, the location of which is;

P.O. BOX 825, Linden Texas, 75563

3.02: Request to be heard Relators motion to dismiss were made by Relator to Jamie A. O'Rand, Cass County Clerk, Presuent to the Texas Rules of Court State, as shown upon Exhibits "C-1 through C-3", and were forwarded to the Respondent as shown upon Exhibit "C-4".
True and accurate copies of all pertinet information are attached as Exhibits "A" through "D", and are incorporated by refrence here in for all purposes.

3.03: To date, Relator has received no response from Respondent reguarding Relators request that charge be dismissed (EX. "D-1; D-3"), any answers filed, or a certificate reciteing the date upon which that finding was made by the Cass County Court of Law, Honorable Judge Becky Willbanks          presiding.

3.04: As is clear from the Exhibits shown, Relator has put Respondent on notice that Relator seeks to have said charge dismissed.

In contrast to Relators efforts, Respondent has wholly failed to comply with Articles 12.02 and 32.01, failed to respond and grant Relators motion, is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written responses to his correspondence and request.

3.05: The Article numbers are recited upon the motion attached (Ex. "D1; D3").

## PRAYER FOR RELIEF

Wherefore premise considered,

Relator, William Isaac Hoff PRO-SE, respectfully request a finding that the Respondent did not respond to Relators motion and that Relator brought this litigation in good faith and has substantially prevailed.

Relator prays for an order directing Respondent to grant Relators motion and issue to Relator proof of the same.

RESPECTFULLY SUBMITTED,

William Hoff

## UNSWORN  DECLAIRATION

I swear under oath that the facts and allegations in the above:

Application for Writ of Mandamus
are true and correct to the best of my knolage and ability.

William Isaac Hoff          1908187          William Hoff

Garza East Unit          TDCJ NO.          Signature of

4304 HWY. 202                              Relator  PRO-SE

Beeville TX. 78102

Current or last

known address

EXECUTED upon this 18th day of September, 2015.

EXHIBIT
A



## CASS COUNTY CLERK

## MISDEMEANOR RECORDS SEARCH

DATE: 6-23-15

TO WHOM IT MAY CONCERN:

I hereby certify that I have searched the records of Cass County Court for the person listed below and have listed any records of Criminal misdemeanor offenses for this person.

NAME: William Hopp          DATE OF BIRTH: 6-17-1980

Be advised that Cass County Court has jurisdiction in Class A and Class B, misdemeanors only.
Records of the Justice Courts should be searched for lesser offenses and records of the Fifth District Court of Cass County should be searched for felony offenses.

_____ No misdemeanor history found.*

**\*IT IS EXPRESSLY UNDERSTOOD THAT THE UNDERSIGNED DOES NOT GUARANTEE THE CORRECTNESS OF SAID RECORD NOR SHALL SHE/HE BE IN ANY WAY LIABLE FOR CASES LISTED OR OMITTED IN ERROR.**

JAMIE O'RAND
CASS COUNTY CLERK

BY: _____          (Seal)
Deputy Clerk

Record: Assault w/Bodily Injury - Family Violence (Pending)
Interference w/ Emergency Call (Pending)

EXHIBIT "B"

A Certified Copy

DA13M00894

2013-419

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

    **BEFORE ME**, the undersigned authority, on this day personally appeared **SHERRY GILLESPIE**, known to me to be a credible person, who, after being by me duly sworn, on oath deposes and says that she has reason to believe and does believe and charge that heretofore, and before the making and filing of this complaint, that on or about the 20th day of **OCTOBER 2012**, in the County of Cass, State of Texas, **WILLIAM HOFF**, did then and there intentionally, knowingly, or recklessly cause bodily injury to Kimberly Hoff a member of the defendant's family, as described by Section 71 003, Family Code, by grabbing Kimberly Hoff by her hair and throwing her off the porch

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.**

_____
COMPLAINANT

    **SUBSCRIBED AND SWORN** to before me by **SHERRY GILLESPIE**, on this the 31st day of October_____, 20 13, by an official authorized to administer and authorize this oath pursuant to Tex Code of Crim Proc Art 21 22



ANGIE M JOHNSTON
Notary Public, State of Texas
My Commission Expires
July 13, 2016

_____
Peace Officer/ Notary/ Assistant District Attorney

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

    **NOW COMES THE ASSISTANT CRIMINAL DISTRICT ATTORNEY, TINA RICHARDSON**, of Cass County, State of Texas, and presents in and to the County Court of Cass County, State aforesaid, and based upon the complaint of **SHERRY GILLESPIE** filed herewith, presents in and to said Court that in said county and state, heretofore, and before the making and filing of this information, that on or about the 20th day of **OCTOBER 2012**, that one **WILLIAM HOFF**, hereinafter styled defendant, did then and there intentionally, knowingly, or recklessly cause bodily injury to Kimberly Hoff a member of the defendant's family, as described by Section 71 003, Family Code, by grabbing Kimberly Hoff by her hair and throwing her off the porch

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.**

_____
**TINA M. RICHARDSON**
**ASSISTANT CRIMINAL DISTRICT ATTORNEY**
**CASS COUNTY, TEXAS**

FILED FOR RECORD
2013 MAY -7 PH 5: 02
CO CLERK CASS CO

OFFENSE ASSAULT W/BODILY INJURY-FAMILY VIOLENCE
STATUTE 22 01 HEALTH & SAFETY CODE
PENALTY CLASS A MISDEMEANOR

DA13M00894

In refrence to the charge of:
ASSULT W/BODILY INJURY - FAMILY VIOLENCE
STATUTE 22.01 HEALTH AND SAFETY CODE

Comes now William Isaac Hoff, born the 17th of June, 1980, hearafter named Declairent, who being presently incarcerated is unable to appear and present in person, hereby respectfully Submitts this motion and request that this agent of the Court, Jamie A. O'Rand, Cass County Clerk, acting in her offical capacity, should preform the following;

1) Place one copy of afore mentioned motion to dismiss, the same included, being ~~two~~ three pages W/ two attachment (five pages total) on file AND;

2) Transmit copys of the same to: Any and All persons necessary to cause judgement to be rendered upon this motion, includeing but not limited to;
A) The presiding Judge holding jurisdiction on case;
B) The office of the criminal district attorney.

3) Return to Declairent the attached Certificate of Service pertinent to each of the above.

RESPECTFULLY,

William Hoff

DECLAIRENT PRO-SE

DA13M00894

I certify that a copy of the foregoing MOTION TO DISMISS, along with all attachments and orders, have been mailed, certified mail, return recipt requested / hand delivered to _____, prosecutor for the state at _____ County, on this ____ day of _____, 2015.

I certify that a copy of the foregoing MOTION TO DISMISS, along with all attachments and orders, have been mailed, certified mail, return recipt requested / hand delivered to _____, Judge presiding for the state at _____ County, on this ____ day of _____, 2015.

_____
SIGNED

EXHIBIT
"C-3"

DA13M00894

## UNSWORN DECLARATION

I, WILLIAM ISAAC HOFF, TDCJ NO. 1908187, being presently incarcerated in the GARZA EAST UNIT of the TEXAS DEPARTMENT OF CRIMINAL JUSTICE, in BEE COUNTY, declair under penalty of perjury, that I am the declarent accused in the above motion, and that the factual alegations of the same are true and correct to the best of my knolage.

EXECUTED ON THIS 3rd DAY OF JULY 2015.

WILLIAM ISAAC HOFF    1908187    William Hoff

PRINTED NAME    TDCJ NO    SIGNATURE OF DECLARENT

William Hoff TDCJ NO. 1908187    PRO-SE

Garza East Unit

4304 Highway 202

Beeville, Texas 78102

CURRENT OR LAST KNOWN

ADRESS AND CONTACT INFO

PAGE 9 OF 9 DHSC ATTACHMENTS

EXHIBIT
"C-4"



# JAMIE A. O'RAND
## CASS COUNTY CLERK

July 14, 2015

Mr. Bobby Hodge
Linden, TX 75563

Re:     William Hoff (TDCJ)

Dear Mr. Hodge:

In reviewing Mr. Hoff's file and documents here in the Cass County Clerk's office, it shows that he has (2) misdemeanor charges pending. I have forwarded his Motion to Dismiss to the County Court at Law for the Judge to review and make a determination on the Dismissal that Mr. Hoff has filed. Cass County has not ruled on his pending misdemeanor to date.

I have also printed for your review, Mr. Hoff's status and information pending with the Texas Department of Criminal Justice. It shows that his last offense date was in 2009. Assuming that he was still on parole when he committed the misdemeanor offense, this charge would have automatically revoked his parole. There may have been a "blue warrant" for his arrest pending and this is why he was taken into custody when appearing in Victoria.

The information provided by Texas Department of Criminal Justice shows that Mr. Hoff's last parole decision was denied on October 29, 2014. The next parole review will be scheduled in October, 2015. All decisions will be made through the parole department.

I hope this information is helpful.
*This information does not guarantee the correctness of said record and information provided by TDCJ

Sincerely,

Jamie A. O'Rand
Cass County Clerk

P.O. Box 449, Linden, TX 75563
Telephone: (903) 756-5071 * Facsimile: (903) 756-8057

THE STATE OF TEXAS

V

WILLIAM ISAAC HOFF

DA13M00894

X
X
X
X
X

IN THE
CASS COUNTY
COURT AT LAW

EXHIBIT
"D-1"

## MOTION TO DISMISS

Comes now WILLIAM ISAAC HOFF, on this 3rd day of July, 2015 and asks that this honorable court dismiss the charge of ASSULT W/BODILY INJURY - FAMILY VIOLENCE, described by Section 71.003 FAMILY CODE for which he stands accused of comitting on or about the 20Th day of October 2012, reflected upon EXHIBITS "A" and "B", and would show the court as follows for reasons to dismiss;

1) The time peroid set forth by V.A.C.C.P. article 12.02 expired on the 21st day of October 2014, thus exceeding the statute of limitation in this matter, where more than two years have expired since the date of commision of the alleged offence.

2) The time peroid set forth by V.A.C.C.P. article 32.01 has expired at the 21st day of April 2013, thus exceeding the statute of limitation in this matter, where more than 180 days have expired, and, up and to the date of 31st June 2015, no indictment has been presented to the accused.

WHEREFORE PREMISES CONSIDERED, the above named accused respectfully prays the Court to sign the order for dismissal.

RESPECTFULLY,

William Hoff

PAGE 1 OF 3 PLUS 2 ATTACHMENTS

DEFENDANT PRO-SE

THE STATE OF TEXAS

V

WILLIAM ISAAC HOFF

DA13MO0894

X
X
X
X
X

IN THE
CASS COUNT
COURT AT L

EXHIBIT
"D-2"

ORDER FOR DISMISSAL

Comes now William Isaac Hoff on this 3rd day of July, 2015, to be heard his MOTION TO DISMISS, and it appears to the court that, Pursuant to articles 12.02 and 32.01 of the Code of Criminal Procedure, ~~and~~ that the charge should be dismissed.

IT IS THEREFORE ORDERED that the charge of ASSULT W/BODILY INJURY - FAMILY VIOLENCE be dismissed.

_____
JUDGE PRESIDING

DA13M00894

EXHIBIT
"D-3"

UNSWORN DECLARATION

I, WILLIAM ISAAC HOFF, TDCJ NO. 1908187, being presently incarcerated in the GARZA EAST UNIT of the TEXAS DEPARTMENT OF CRIMINAL JUSTICE, in BEE COUNTY, declair under penalty of perjury, that I am the declarent accused in the above motion, and that the factual alegations of the Same are true and correct to the best of my Knolage.

EXECUTED ON THIS 3rd DAY OF JULY 2015.

WILLIAM ISAAC HOFF    1908187    William Hoff

PRINTED NAME    TDCJ NO    SIGNATURE OF DECLARENT

William Hoff TDCJ NO. 1908187     PRO-SE

Garza East Unit

4304 Highway 202

Beeville, Texas 78102

CURRENT OR LAST KNOWN

ADRESS AND CONTACT INFO

PAGE 13 OF 13    PLUS 2 ATTACHMENTS